STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
FRANK PIUS, ALIAS IGNATIUS LANZETTA, MICHAEL
FALCONE AND LOUIE DEL ROSSI, PLAINTIFFS IN
ERROR.

Submitted February 11, 1938—Decided April 29, 1938.

For the plaintiffs in error, *James Mercer Davis, Samuel Kagle* and *Carl Kisselman*.

For the defendant in error, *French B. Loveland,* prosecutor of the Pleas, and *Herbert F. Campbell,* assistant prosecutor of the Pleas.

PER CURIAM.

We are in full accord with the reasoning and result reached by the Supreme Court. We desire merely to mark the fact that the case of *State* v. *Bell,* 15 *N. J. Mis. R.* 109; 188 *Atl. Rep.* 737, relied upon by the court below as dispositive of the contentions that our Gangster act (1 *Rev. Stat.* 1937, 2:136-4; chapter 155, *Pamph. L.* 1934, *p.* 794) trenches upon both federal and state constitutional inhibitions, has recently been affirmed by this court *sub nom. State* v. *Gaynor,* 119 *N. J. L.* 582; 197 *Atl. Rep.* 360.

Accordingly, the judgment under review is affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.